CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED for Rhe
JAN 03 2013
JULIA C. DUDLEY, CLERK
BY: H McDonell
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| JEROME MALLORY, ) | Civil Action No. 7:12-cv-00363 |
| Petitioner, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| DIRECTOR OF THE ) | |
| DEPARTMENT OF CORRECTIONS, ) | By:  Hon. Jackson L. Kiser |
| Respondent. ) | Senior United States District Judge |

In accordance with the written Memorandum Opinion entered this day, it is hereby

**ORDERED**

that respondent's motion to dismiss is **GRANTED**; the petition for a writ of habeas corpus, pursuant to 28 U.S.C. § 2254, is **DISMISSED**; a certificate of appealability is **DENIED**; and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send a copy of this Order and the accompanying Memorandum Opinion to petitioner and counsel of record for respondent.

ENTER: This ___3rd___ day of ~~December, 2012~~ Jan., 2013.

Senior United States District Judge