CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED for Rhe

JAN 03 2013

JULIA C. DUDLEY, CLERK
BY: H McOmee
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| JEROME MALLORY,<br>　　Petitioner, | Civil Action No. 7:12-cv-00363 |
| v. | **ORDER** |
| DIRECTOR OF THE<br>DEPARTMENT OF CORRECTIONS,<br>　　Respondent. | By:　Hon. Jackson L. Kiser<br>　　　Senior United States District Judge |

In accordance with the written Memorandum Opinion entered this day, it is hereby

**ORDERED**

that respondent's motion to dismiss is **GRANTED**; the petition for a writ of habeas corpus, pursuant to 28 U.S.C. § 2254, is **DISMISSED**; a certificate of appealability is **DENIED**; and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send a copy of this Order and the accompanying Memorandum Opinion to petitioner and counsel of record for respondent.

ENTER: This 3rd day of Jan., 2013.

　　　　　　　　　　　　　　　　　　　/s/ Jackson L. Kiser
　　　　　　　　　　　　　　　　　　　Senior United States District Judge